```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,
                                                               15 CR 696 (PKC)

            -against-                                          ORDER

Tiana Williams,

                        Defendant.
------------------------------------------------------------x
```

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the government, the conference previously scheduled for March 20, 2020 is adjourned to April 27, 2020 at 11:00 a.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed in order to protect public health, and in recognition of the national emergency that was declared by the President of the United States on March 13, 2020. Accordingly, the time between today and April 27, 2020 is excluded.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 16, 2020