UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

TIANA WILLIAMS,

              Defendant(s).
--------------------------------------------------------x

15 CR 696 (PKC)

ORDER

CASTEL, U.S.D.J.

       Under the provisions of the Standing Order of Chief Judge McMahon of March 17, 2020, (M10-468 (20-mc-163)), all further proceedings on the alleged violation of supervised release by Tiana Williams are adjourned pending further Order.

       SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       June 24, 2020